**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| ARTHUR J. LaCHIOMA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>BAYER CORPORATION, an Indiana )<br>corporation, BAYER CORPORATION, a )<br>wholly owned subsidiary of Bayer A.G., )<br>BAYER PHARMACEUTICALS )<br>CORPORTION, a division of Bayer )<br>Corporation, GLAXOSMITHKLINE PLC, a )<br>foreign corporation, and )<br>GLAXOSMITHKLINE, a Pennsylvania )<br>corporation, )<br> )<br>Defendants. )<br>_____ ) | Case No: 4:05-CV-176-SPM/AK |

**ORDER GRANTING DEFENDANT BAYER CORPORATION'S**
**AGREED MOTION FOR ENLARGEMENT OF TIME**

THIS CAUSE having come before the Court on Defendant Bayer Corporation's Agreed Motion for Enlargement of Time, and the Court having reviewed the record and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Defendant Bayer Corporation's Agreed Motion for Enlargement of Time is hereby **GRANTED**.

2. Defendant Bayer Corporation shall have up to and including October 26, 2005 to serve its response to Plaintiff's Complaint.

**DONE AND ORDERED** this 27th day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge