UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR J. LaCHIOMA,                    )    Case No: 4:05-CV-176-SPM/AK
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )
                                       )
BAYER CORPORATION, an Indiana          )
corporation, BAYER CORPORATION, a      )
wholly owned subsidiary of Bayer A.G., )
BAYER PHARMACEUTICALS                  )
CORPORTION, a division of Bayer        )
Corporation, GLAXOSMITHKLINE PLC, a    )
foreign corporation, and               )
GLAXOSMITHKLINE, a Pennsylvania        )
corporation,                           )
                                       )
            Defendants.                )
_____ )

## ORDER GRANTING DEFENDANT BAYER CORPORATION'S AGREED MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE having come before the Court on Defendant Bayer Corporation's

Agreed Motion for Enlargement of Time, and the Court having reviewed the record and

being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.     Defendant Bayer Corporation's Agreed Motion for Enlargement of Time

is hereby **GRANTED**.

2.      Defendant Bayer Corporation shall have up to and including November

15, 2005 to serve its response to Plaintiff's Complaint.

**DONE AND ORDERED** this 4th day of November, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge